# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10143-CMB |
| | : | |
| **Christopher Dean Andrews,** | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

NONE

**Next Payment Advice Expected (post-filing):**

NONE

K.D.                    ANDREWS, CHRISTOPHER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10143-CMB |
| | : | |
| **Christopher Dean Andrews,** | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| **Christopher Dean Andrews,** | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Christopher Dean Andrews, hereby state as follows:

1.) I am employed by Lake Tool where I bring home and average of $3,466.66 per month.
2.) I was required to file 2021 - 2022 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>April 18, 2023</u>       */s/ Christopher Dean Andrews*
                                                                       Debtor