# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 23-10143-CMB |
| | : | |
| **Christopher Dean Andrews,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Christopher Dean Andrews,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 27 |
| | : | |
| vs. | : | |
| | : | |
| **Layke Tool and Manufacturing Co Inc,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: July 19, 2023

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**LAYKE TOOL AND MANUFACTURING CO INC**
**23877 PA-77**
**MEADVILLE, PA 16335**