**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CHRISTOPHER DEAN ANDREWS | Case No.:23-10143 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 03/24/2023 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 891.66 |
| Less Refunds to Debtor | 876.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 15.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 15.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA | 634.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 3429 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER DEAN ANDREWS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER DEAN ANDREWS | 239.48 | 239.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER DEAN ANDREWS | 318.45 | 318.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER DEAN ANDREWS | 254.76 | 254.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER DEAN ANDREWS | 63.69 | 63.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-10143 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 4,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1971 | | | | |
| | AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3399 | | | | |
| | CREDIT ACCEPTANCE CORP* | 629.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 1419 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5910 | | | | |
| | DIRECT AUTO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2600 | | | | |
| | HUGHES NETWORK SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2616 | | | | |
| | MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2714 | | | | |
| | MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTHWESTERN RURAL ELECTRIC CO-( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RPM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4086 | | | | |
| | WELLS FARGO BANK NA | 1,443.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 3429 | | | | |
| | WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WIDGET FINANCIAL** | 1,655.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 153 | | | | |
| | WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | WIDGET FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | UPMC PHYSICIAN SERVICES | 615.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 9319 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                              0.00

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 634.42 |
| UNSECURED | 4.343.44 |

Date: 11/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com